**Order entered September 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00612-CR

**JOSE REYNALDO ZAMORA BANEGAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00847-V**

## ORDER

On August 8, 2018, court reporter Peri Wood filed the eight-volume reporter's record in this appeal. Volume 8 contains a photocopy of the State's Exhibit 19, a DVD of appellant's interview. Because a photocopy of a DVD does not provide this Court with anything to review, we **ORDER** court reporter Peri Wood to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 19, the DVD of appellant's interview, within **TEN DAYS** of the date of this order. We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter for the 292nd Judicial District Court; and counsel for all parties.


/s/      LANA MYERS
JUSTICE